**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **JOHNNY R. THOMPSON, 1276766,** )<br>　　　　Petitioner, )<br> )<br>v. )<br> )<br>**NATHANIEL QUARTERMAN, Director, Texas** )<br>**Dept. Of Criminal Justice, Correctional** )<br>**Institutions Division,** )<br>　　　　Respondent. ) | No. 3:06-CV-0902-D |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

May 21, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE